977 F.2d 567
 Bryant (Joanne), Warren (Sharon), Boulware (Gail), Carter
(Betty Jane), Silva (Antonio, Marie), Fryer (Renell),
Williams (Alonzo), Baum (Predro), Dover (Josephine), Davis
(Taft), Jointer (Laurie), Carter (Tyrone), Barrett (Lisa),
Roane (Lenora), Vaughn (Craig), Bonds (Harriet), Manuel
(Walter), Briggs (Denise), Carter (Dennis), Conover (John),
Fox (Tanya), Goode (Peter), Hope (Christine)
v.
Liberty Mutual Insurance Company
 NO. 92-1080
 United States Court of Appeals,
Third Circuit.
 Sept 02, 1992
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.